**SO ORDERED.**

**SIGNED this 25 day of July, 2008.**

_____
J. Rich Leonard
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WILMINGTON DIVISION

| | |
|---|---|
| INRE: | CASE NO: |
| JAMES ALFRED ROSE, III | 08-00625-8-JRL |
| DEBTOR | CHAPTER 7 |

CONSENT ORDER SUSPENDING ORDER OF APPREHENSION OF DEBTOR

THIS MATTER comes before the Court upon the request of the Debtor, personally and by his attorney W. Dan Bell, and the Chapter 7 Trustee for an order providing for the suspension of the Order issued by the Court dated June 18, 2008 for the apprehension of the Debtor, and

The Debtor, having voluntarily submitted to examination pursuant to Bankruptcy Rule 2004 by the Trustee on July 17, 2008, at his office.

The parties request, and the Court ORDERS, as follows:

1. That the Order for apprehension of the Debtor is immediately suspended subject to reactivation as provided below.

2. That the Debtor is ordered to appear and submit to all further examinations pursuant to Fed. R. Bankr. P. 2004 as shall be scheduled by the Trustee and to appear at his Sec. 341 meeting of creditors on the date scheduled by the Court.

3. That the Debtor is further ordered to cooperate with the Trustee in any way necessary, and to accurately complete and file the schedules and statement of financial affairs required by 11 U.S.C. 521(a)(1)(B).

4. That the Debtor is further ordered to comply immediately with the Order Requiring Turnover entered May 15, 2008, the Order Granting Trustee's Ex Parte Motion for Production of Documents and Information Pursuant to Bankruptcy Rule 2004 entered on May 2, 2008, and the Preliminary Injunction entered on May 28, 2008, in AP # 08-0056-8-JRL.

5. That in the event the Debtor fails to comply with this Order the Trustee may request ex parte that the Court reactivate the Order for apprehension.

IN CONSENT:

_____
Algernon L. Butler, III, Chapter 7 Trustee


s/ W. Dan Bell
W. Dan Bell
Attorney for Debtor


"END OF DOCUMENT"